UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **H 10      672** |
| v. | § § | CRIMINAL No. H-10- |
| JOHN DOE aka<br>Roberto DeJesus Carino aka<br>Rigoberto Gonzales-Araus | § § § | |



United States Courts
Southern District of Texas
FILED
SEP 2 9 2010
David J. Bradley, Clerk of Court

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Falsely and Willfully Representing Oneself to be a Citizen of the United States)

On or about November 19, 2008, in the Southern District of Texas,

**JOHN DOE aka
Roberto DeJesus Carino aka
Rigoberto Gonzales-Araus**

the defendant herein, an alien in the United States, did falsely and willfully represent himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

### COUNT TWO
(False Statement in Application of a Passport)

On or about November 19, 2008, in the Southern District of Texas,

**JOHN DOE aka
Roberto DeJesus Carino aka
Rigoberto Gonzales-Araus**

the defendant herein, did willfully and knowingly make a false statement in an application for a passport, to wit, by submitting a fraudulent birth certificate and driver's license as his own, when

applying for a United States Passport in Application #138283101, with the intent to induce or secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws.

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
United States Attorney

By: _____
SUZANNE ELMILADY
Assistant United States Attorney
(713) 567-9674